UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL CROW,

                      Plaintiff,

   v.

SUE BAUER, *et al.*,

                      Defendants.

No. C09-5782 RJB/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     This action is **DISMISSED without prejudice** prior to service for failure to state a claim.  **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**; and

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Karen L. Strombom.

DATED this 26th day of March, 2010.

                            */s/ Robert J. Bryan*
                            ROBERT J. BRYAN
                            United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1