# United States District Court

WESTERN DISTRICT OF WASHINGTON

MICHAEL CROW

              v.

SUE BAUER, *et al.*,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5782RJB/KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED without prejudice** prior to service for failure to state a claim. **This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g)**;

| March 29, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk